CADWELL HOERLE ET AL. *v.* ARNOLD M. DAVIDSON ET AL.
(11443)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Submitted on briefs February 24—decision released April 6, 1993

*Arnold M. Davidson,* pro se, the appellant (named defendant) filed a brief.

*Bruce A. Zawodniak* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.